## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | | |
|---|---|---|
| **TIMOTHY LINVILLE** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 06-2262-KHV** |
| **v.** | ) | |
| | ) | |
| **TAP ENTERPRISES, INC.** | ) | |
| **dba Cummins Tools** | ) | |
| | ) | |
| **Defendant.** | ) | |

### ORDER OF DISMISSAL WITH PREJUDICE

Upon stipulation of all parties (Doc. #21), this matter is hereby dismissed with prejudice.

Each party shall bear his/its own costs and attorney's fees.


Dated: April 11, 2007                    s/ Kathryn H. Vratil
                                         Kathryn H. Vratil
                                         United States District Judge


KC-1484742-1